| | |
|---|---|
| 1 | Andrew H. Selesnick   (CSBN 160516) |
| | aselesnick@mrllp.com |
| 2 | Stacey L. Zill   (CSBN 177268) |
| | szill@mrllp.com |
| 3 | Kevin R. Warren   (CSBN 242238) |
| | kwarren@mrllp.com |
| 4 | **MICHELMAN & ROBINSON, LLP** |
| | 15760 Ventura Boulevard, 5th Floor |
| 5 | Encino, California 91436 |
| 6 | Telephone:  (818) 783-5530 |
| | Facsimile:   (818) 783-5507 |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | IV SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | IV SOLUTIONS, INC., | Case No. CV 13-9026-GW(AJWx) |
| 13 | Plaintiff, | Hon. Andrew J. Wistrich |
| 14 | vs. | **ORDER GRANTING ENTRY OF PROTECTIVE ORDER** |
| 15 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY, INC.; and DOES 1-10, | |
| 16 | | |
| 17 | Defendants. | |

21  / / /

23  / / /

25  / / /

---

1

**[PROPOSED] ORDER GRANTING ENTRY OF PROTECTIVE ORDER**

355645

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon consideration of the Stipulation for Entry of Protective Order ("Stipulation") submitted by the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that a Protective Order shall be entered according to and consistent with the terms and provisions of the Stipulation as such that the Stipulation shall be deemed an Order of the Court.

DATED:___4/3/2014_____      _____
                                HONORABLE ANDREW J. WISTRICH
                                UNITED STATES MAGISTRATE JUDGE